**No. 57907.**—R. W. Smith et al. *v.* United States, protests 187209–K, etc. (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of seamless steel oil-well casings similar in all material respects to those the subject of *United States* v. *Winkler-Koch Engineering Co.* (41 C. C. P. A. 121, C. A. D. 540), the claim of the plaintiffs was sustained.

**No. 57908.**—R. W. Smith *v.* United States, protests 187284–K, etc. (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of seamless steel oil-well casings similar in all material respects to those the subject of *United States* v. *Winkler-Koch Engineering Co.* (41 C. C. P. A. 121, C. A. D. 540), the claim of the plaintiff was sustained.

**No. 57909.**—R. W. Smith *v.* United States, protest 207614–K (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of seamless steel oil-well casings similar in all material respects to those the subject of *United States* v. *Winkler-Koch Engineering Co.* (41 C. C. P. A. 121, C. A. D. 540), the claim of the plaintiff was sustained.

**No. 57910.**—Geo. S. Bush & Co., Inc. *v.* United States, protests 170363–K, etc. (Seattle).